Lathrop, Shea & Henwood Company, Appellant, v. The Pittsburg, Shawmut and Northern Railroad Company, Respondent, Impleaded with the Interior Construction and Improvement Company.— Judgment affirmed, with costs. All concurred.

Buffalo German Insurance Company, Respondent, v. The Title Guaranty and Trust Company of Scranton, Penna., Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Charles Parks, Respondent, v. William Allan, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event. Held, that the evidence wholly fails to establish actionable negligence against the defendant. All concurred, except Kruse, J., who dissented.

John Carney, Respondent, v. Minnesota Dock Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Nash, JJ., who dissented.

Buffalo Loan, Trust and Safe Deposit Company, Appellant, Respondent, v. W. Seward Webb, Respondent. Appellant.— Judgment affirmed, without costs of this appeal to either party, both having appealed, on authority of *Buffalo Loan, Trust & Safe Deposit Co.* v. *Carstensen* (107 App. Div. 128). All concurred.

Oscar H. Sweet, Respondent, v. Charles H. Perkins and Others, Appellants.— Order denying motion for new trial on the ground of fraud and deceit practiced by plaintiff at the trial affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., and Nash, J., who dissented.

William Keating, by Nicholas Keating, His Guardian ad Litem, Respondent, v. S. M. Coon, as Receiver of the Swits Conde Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Nash, J., who dissented.

William L. Ball, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except Williams and Nash, JJ., who dissented.

Thomas W. Finucane Company, Appellant, v. The Board of Education of the City of Rochester, Respondent.— Judgment modified by adding to plaintiff's recovery the sum of nineteen dollars and twenty-two cents, with interest from date of judgment, in accordance with stipulation by respondent's counsel on the argument, and as thus modified affirmed, with costs. All concurred.

Isaac A. Aldrich and Ralph E. Heard, as Executors, etc., of Schuyler Aldrich, Deceased, Respondents, v. E. A. Griffith, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The Bell Telephone Company of Buffalo, Appellant, v. Albert H. Parker and Emily Parker, Respondents.— Order reversed and the matter remitted to the Special Term for proper action in the premises, with ten dollars costs and disbursements. Held, that the petition herein was sufficient to authorize the appointment of commissioners, and, therefore, no amendment is necessary. All concurred.

Lillian M. Royce, Respondent, v. The Bell Telephone Company of Buffalo, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.